App. Div.].        Second Department, January, 1913.

The People of the State of New York ex rel. Josiah J. White, Relator, v. Lawson Purdy and Others, as Commissioners of Taxes, etc., Respondents.— Motion denied, without costs.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Salvatore Solfanelli, Appellant, v. Augusta C. Austin and Others, Respondents, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, because of the failure of the appellants to show merit, as required by the special rule.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Edwin H. Curnow, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Michael Dempsey, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Samuel I. Hartman and Another, Respondents, v. Frank Netschert, Appellant.— Motion to dismiss appeal from judgment denied on condition that appellant perfect his appeal, place the cause on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Samuel I. Hartman and Another, Respondents, v. Frank Netschert, Appellant.— Motion to dismiss appeal from order denied on condition that appellant perfect his appeal, place the cause on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Frederick Hawkins, Respondent, v. Gesellschaft Fur Drahtlose Telegraphie Telefunken, Appellant.— Motion to dismiss appeal denied.   The appeal will be held on the calendar of this court until the expiration of the time in which the action may be remanded from the United States court.   Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of the City of New York, Appellant, Relative to Acquiring Title, etc.   Thirty-eighth Street, etc.   David Porter and Thomas P. Graham, Respondents.— Motion denied, without costs.   Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of the City of New York, Appellant, Relative to Acquiring Title, etc., for Ferry Purposes.   Thirty-eighth Street, etc.   William Stone, Respondent.— Motion denied, without costs.   Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of Benjamin Frindel, an Attorney.— This proceeding is referred to Hon. William D. Dickey, official referee, to take testimony upon the question of obedience to the direction of this court suspending petitioner from practice, and report thereon with his opinion.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Proceedings Supplementary to Execution.   Jacob Hurwitz, Respondent, v. Hyman Bernstein, Appellant.— Motion denied, on condition that appellant perfect his appeal, place the cause on the